AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 29, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ZACHARY FAIRLEY, | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) Civil Action No.  2:20-cv-05229-SMJ |
| CITY OF PASCO; BENTON COUNTY (BOARD OF COMMISSIONERS); SEAN GRANGER; JUSTIN GREENHALGH; AND JAMES RAYMOND, | ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   City Defendants' Motion to Dismiss, ECF No. 19, and Defendant Benton County's Motion to Dismiss, ECF No. 25, are GRANTED.
Plaintiffs' First Amended Complaint, ECF No. 14, is DISMISSED WITH PREJUDICE.
Judgment entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Salvador Mendoza Jr _____ on a Motion to Dismiss.

Date:  April 29, 2022 

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore

*(By) Deputy Clerk*

Sara Gore